Matter of Winston v Burns

2026 NY Slip Op 02317

April 16, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Tyrone Winston, Petitioner,

v

LT. Burns, as Hearing Officer at Auburn Correctional Facility, et al., Respondents.

Decided and Entered:April 16, 2026

CV-25-1047

Calendar Date: March 20, 2026

Before: Garry, P.J., Reynolds Fitzgerald, Ceresia, Mcshan And Ryba, JJ.

Tyrone Winston, Attica, petitioner pro se.

Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondents.

[*1]

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Superintendent of Auburn Correctional Facility finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Garry, P.J., Reynolds Fitzgerald, Ceresia, McShan and Ryba, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.